# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CLAUDE GRAVES

NO. 2019 KW 1041

SEP 17 2019

---

In Re:    Claude Graves, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Ascension, No.
          36951.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT DENIED.**

**VGW**
**JMG**
**WJC**

COURT OF APPEAL, FIRST CIRCUIT

_Peggy J. Landry_
DEPUTY CLERK OF COURT
FOR THE COURT